## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

|  |  |
|---|---|
|  | JOINTLY ADMINISTERED UNDER BKY 17-42726 |
| WYNIT DISTRIBUTION, LLC, | BKY 17-42726 |
| WD Navarre Distribution, LLC, | BKY 17-42728 |
| WD Encore Software, LLC, | BKY 17-42729 |
| WD Navarre Holdings, LLC, | BKY 17-32864 |
| WD Navarre Digital Services, LLC, | BKY 17-32865 |
| WYNIT Holdings, Inc., | BKY 17-32866 |
| WD Navarre Canada, ULC, | BKY 17-32867 |
| Debtors. | |

NAUNI MANTY, as Chapter 7 Trustee of the
Bankruptcy Estate of the above Debtors,
Plaintiff.                                                    ADV 18-04167

v.

Kenu, Inc.,
Defendant

---

### ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT

TO:    THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Rule of Bankruptcy Procedure 69, Plaintiff and Judgment Creditor,

NAUNI MANTY, Chapter 7 Trustee of the WYNIT Distribution, LLC, et al. Creditor Trust

(hereinafter "Trustee") acknowledges as follows:

1.      On January 16, 2019, a judgment (the "Judgment") was entered in favor of

Trustee against defendant Kenu Inc., ("Kenu" or "Judgment Debtor") in the above- entitled action

in the amount of $18,100.37 plus costs and disbursement of $350.00 and post-judgment interest

pursuant to 11 U.S.C. §§547(b) and 550(a).

2.      The name and address of the Judgment Creditor are as follows:

NAUNI MANTY
Chapter 7 Trustee of the WYNIT Distribution LLC, et al.
Manty & Associates, P.A.
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402

3.      Upon information and belief, the name and last known address of the Judgment Debtor is:

KENU INC
560 ALABAMA STREET
SAN FRANCISCO, CA 94110

4.      On September 19, 2024, the Trustee/Judgment Creditor executed an Asset Purchase Agreement, (the "APA") which, *inter alia*, assigned all right, title and interest in and to the Judgment to buyer SLFAQ, LLC ("SLFAQ" or the "Assignee").

5.      The terms of the APA were noticed on the docket in the main case through the Trustee's *Limited Notice of Sale* (ECF 1564) and then again through the Trustee's *Amended Notice of Sale* (ECF 1566), neither of which garnered opposition.

6.      Pursuant to the APA, Trustee/Judgment Creditor has sold, transferred, assigned and conveyed all right, title and interest in and to the Judgment as to the Judgment Debtor and any and all other rights Trustee/Judgment Creditor might have to said Judgment to Assignee SLFAQ.

7.      The address of the Assignee is 670 White Plains Road, Penthouse, Scarsdale, New York 10583.

8.      Pursuant to 28 U.S.C. § 1746, the undersigned declare under penalty of perjury that the foregoing is true and correct to the best of their knowledge and belief.

IT IS SO ACKNOWLEDGED:

DATED: _____10/8/24_____

NAUNI MANTY, Chapter 7 Trustee of the WYNIT
Distribution LLC, *Assignor*

By: _____

NAUNI MANTY
Chapter 7 Trustee of the WYNIT Distribution
LLC.

DATED: ___10/8/24___

SLFAQ, LLC, *Assignee*

By: _____

Joseph Sarachek
Managing Member